STOCK YARDS v. WILLIAMS

No. 59 PC.

Case below: 37 N.C. App. 698.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 November 1978.

WILLOW MOUNTAIN CORP. v. PARKER

No. 54 PC.

Case below: 37 N.C. App. 718.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978.